# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barreca, Marc L. | 2. Court or Organization<br><br>United States Bankruptcy Court, Western District of WA | 3. Date of Report<br><br>4/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street, Room 7121
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 4/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | U.S. Bankruptcy Court -- Wages and back pay | $230,939.47 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | City of Seattle -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AmericanAmerican Bar Association | 04/16/2915 - 04/17/2015 | San Francisco, CA | Attend ABA Spring Meeting | Airfare, lodging, meals and transportation |
| 2. | Administrative Office of the United States Courts | 07/12/2015 - 07/15/2015 | San Diego, CA | Meeting of U.S. Judicial Conference/9th Circuit Judicial Conference | Airfare, lodging, meals and transportation |
| 3. | American Bar Association and National Conference of Bankruptcy Judges | 09/27/2015 - 09/30/2015 | Miami, FL | Attend National Workshop of Bankruptcy Judges | Airfare, lodging, meals and transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 4/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 4/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Seattle Metro Credit Union (Account) | A | Interest | L | T | | | | | |
| 2. Sound Credit Union (Account) | A | Interest | J | T | | | | | |
| 3. Charles Schwab IRA (H) | | | | | | | | | |
| 4. -Power Shares QQQ (fka Nasdaq 100 Shares) | A | Dividend | L | T | | | | | |
| 5. -Amcent: Ben GNMA | D | Dividend | M | T | | | | | |
| 6. -Delafield Fund | | None | L | T | | | | | |
| 7. -Schwab S&P 500 Index Fund | B | Dividend | L | T | | | | | |
| 8. Columbia Large Growth fka Columbia Marsico Focused | | None | K | T | | | | | |
| 9. -Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 10. Schwab US Small Blend fka Columbia Small Cap Index | A | Dividend | K | T | | | | | |
| 11. -Credit Suisse Commodity | | None | J | T | | | | | |
| 12. -Vanguard Reit Index Fund | B | Dividend | K | T | | | | | |
| 13. -Artisan International Fund | A | Dividend | K | T | | | | | |
| 14. -Capital Income Builder | B | Dividend | K | T | | | | | |
| 15. -Income Fund of America | B | Dividend | K | T | | | | | |
| 16. -American Balanced Fund | A | Dividend | K | T | | | | | |
| 17. -Schwab US Mid ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Lazard Developing Mkts | | None | J | T | | | | | |
| 19. -Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 20. -Schwab Retirement Money | | None | J | T | | | | | |
| 21. -Citigroup Mtg Ln | | None | | | Sold | 03/26/15 | K | | |
| 22. -Advisors Disciplined Tr (Symbol 0071G358) | A | Dividend | J | T | | | | | |
| 23. -Oppenheimer Developing Mkts A | A | | J | T | | | | | |
| 24. -Wells Fargo & Co. | A | | J | T | | | | | |
| 25. -Schwab Money Market | | None | M | T | | | | | |
| 26. Schwab Non-IRA (H) | | | | | | | | | |
| 27. -Power Shares QQQ | A | Dividend | K | T | Sold (part) | 10/05/15 | J | A | |
| 28. -I Shrs S&P Mid Blend | | None | J | T | | | | | |
| 29. -I Shrs S&P Mid Value | | None | J | T | | | | | |
| 30. -I Shrs S&P Smallcap Growth | | None | J | T | | | | | |
| 31. -I Shrs S&P Smallcap Value | | None | J | T | | | | | |
| 32. -I Shrs S&P Smallcap Blend | A | Dividend | K | T | Sold (part) | 10/05/15 | J | A | |
| 33. -I Shrs MSCI EAFE Idx | A | Dividend | K | T | Sold (part) | 10/05/15 | J | A | |
| 34. -SPDR Trust Unit SR | A | Dividend | K | T | Sold (part) | 10/05/15 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 4/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Citicorp Mtg Secs | | None | K | T | | | | | |
| 36.   -Ishares S&P U S Pfd Fund Par 0.00 | B | Dividend | K | T | Sold (part) | 09/24/15 | J | A | |
| 37.   -Vanguard Reit Par 0.00 | A | Dividend | K | T | Sold (part) | 10/05/15 | J | B | |
| 38.   -Ishares Msci Emrg Mkt Fd Par 0.00 | A | Dividend | J | T | | | | | |
| 39.   -Ishares TRUST Dow Jones Par 0.00 | A | Dividend | J | T | | | | | |
| 40.   -Schwab Money Market | G | Interest | M | T | | | | | |
| 41.   -Advisors Disc Tr Ut 752 (Symbol 00771G325) | | None | | | Sold | 02/06/15 | J | | |
| 42.   -Advisors Disc Tr Ut 742 (Symbol 00769P816) | | None | | | Sold | 03/26/15 | J | | |
| 43.   Schwab IRA Rollover NGC (H) (X) | | | | | | | | | |
| 44.   -UST Infl IDX NGC (X) | E | Dividend | K | T | | | | | |
| 45.   -Schwab Cash & Money Market NGC (X) | E | Int./Div. | K | T | | | | | |
| 46.   Schwab Individual NGC (H) (X) | | | | | | | | | |
| 47.   -Toyota Motor CP ADR NGC (X) | D | Dividend | J | T | | | | | |
| 48.   -Vanguard Inter Term NGC (X) | F | Dividend | L | T | | | | | |
| 49.   Roth Contributory IRA NGC (H) (X) | | | | | | | | | |
| 50.   -Cash & Money Market NGC (X) | D | Interest | J | T | | | | | |
| 51.   Bank of America NGC (Account) (X) | G | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 4/29/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Key Bank NGC (Account) (X) | G | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 4/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Married May 9, 2015.

III. Non-Investment Income: Judge Barreca's 2015 reported income includes back pay award from a judges class action suit.

Judge Barreca's spouse's information added (numbers 43-52) under investments and trust section and includes the text "NGC". These accounts are marked (X) to indicate they were not included on the previous report since they were not reportable prior to 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544